IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**FRANK ADAM SEIGFRIED**                                           **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO. 1:03cv866LG-JMR**

**PATRICIA BODIN, ET AL.**                                         **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [90-1] entered in this cause on September 25, 2006.  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS ORDERED AND ADJUDGED,** that because there is no genuine issue as to any material fact on Plaintiff's claims brought against them, Defendants are entitled to Judgment as a Matter of Law pursuant to FED. R. CIV. P. 56.  Therefore, the Motions for Summary Judgment filed March 23, 2006, [73-1] and April 5, 2006, [78-1] should be and are hereby **GRANTED** and the above captioned case is dismissed with prejudice.  All pending motions are hereby denied as moot.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE